**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| **IN RE:** | |
| KURT MERLE FOWLER | Case No.: 26-20556-MEC |
| Debtor | Chapter 7 |
| ALLY BANK | |
| Movant | |
| vs. | |
| KURT MERLE FOWLER | |
| and | |
| CHERYL E. ROSE | |
| Respondent(s) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW,** Ally Bank ("Movant"), complaining of Debtor Kurt Merle Fowler and Co-debtor Mulford Construction Co. Inc. files this Motion for Relief from Stay, and alleges as follows:

1. This United States Bankruptcy Court for the District of Maryland has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 362. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (G), and (O).

2. On September 25, 2026, Debtor filed a voluntary bankruptcy petition under Chapter 7 of Title 11 of the United States Code.

3. Movant holds a security interest in the vehicle of Debtor identified as a 2022 Chevrolet Tahoe Utility 4D High Country 4WD 6.2L V8, V.I.N # 1GNSKTKL8NR187218 (the "Collateral"). Copies of Retail Installment Contract and proof of the Notice of Security Interest are attached as Exhibits "A" and "B", respectively.

4. As of filing of the Motion, Debtor owes a contract balance to Movant of $39,431.96.

5. The monthly payments are $1,777.38, due on the 12th day of each month.

6. Debtor is in default in payments under the terms of the aforementioned contract in the sum of $10,664.28 as of October 02, 2026.

7. On information and belief, Debtor may not have the Collateral insured with full coverage insurance listing Movant as loss payee. Movant demands proof of and maintenance of full coverage insurance of the Collateral showing Movant as a loss payee.

8. Cause to lift the stay exists because Movant's interest in the Collateral is not adequately protected pursuant to 11 U.S.C. § 362(d)(1). Movant has not been provided proof of insurance and the value of Collateral continues to decline.

9. Cause to lift the stay exists under 11 U.S.C. § 362(d)(1) because Debtor has defaulted on payments owed to Movant and the collateral continues to depreciate in value.

10. Continuation of the automatic stay pursuant to 11 U.S.C. § 362(a) will work real and irreparable harm to Movant and may deprive Movant of the adequate protection to which it is entitled under 11 U.S.C. §§ 361 and/or 362.

11. Movant asks the Court to waive the 14-day stay under Rule 4001(a)(4) for any order granting relief from the automatic stay because the value of Collateral continues to depreciate.

12. Movant hereby consents to the continuation of the automatic stay until a hearing is held on the merits of this motion and hereby waives its right to a hearing within thirty (30) days of the date of this motion as provided by Section 362(e)(1) of the Bankruptcy Code.

WHEREFORE, Movant asks the Court to enter an order granting relief from the automatic stay imposed pursuant to 11 U.S.C. § 362 and waiving the 14-day stay of such order under Rule 4001(a)(4). In the event that the Court fails to terminate the automatic stay, Movant asks the Court to enter an order adequately protecting Movant's interest in the Collateral. Movant also asks that any order granted under this motion shall remain in effect in the event that this case is converted to another bankruptcy chapter. Movant asks for such other and further relief to which it is justly entitled.

Respectfully submitted:

*/s/ Michael J. Klima, Jr.*

MICHAEL J. KLIMA, JR. #25562
8028 Ritchie Highway, Ste. 300
Pasadena, MD 21122
(410) 768-2280
JKlima@KPDLawgroup.com
Attorney for Ally Bank

**CERTIFICATION OF SERVICE**

I hereby certify that on the 6th day of October, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion for Relief from Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Cheryl E. Rose, Chapter 7 Trustee
Aaron L. Casagrande , Attorney for Debtor

I hereby further certify that on the 6th day of October, 2026, a copy of the Motion for Relief from Automatic Stay was also mailed first class mail, postage prepaid to:

Kurt Merle Fowler
1440 Old Adelina Road
Prince Frederick, MD 20678

Mulford Construction Co. Inc.
171 Skipjack Rd
Prince Frederick, MD 20678

Aaron L. Casagrande
100 Light Street, Suite 2700
Baltimore, MD 21202

Cheryl E. Rose
9812 Falls Road, #114-334
Potomac, MD 20854
trusteerose@aol.com

*/s/ Michael J. Klima, Jr.*
MICHAEL J. KLIMA, JR. #25562
8028 Ritchie Highway, Ste. 300
Pasadena, MD 21122
(410) 768-2280
JKlima@KPDLawgroup.com
Attorney for Ally Bank